IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | I N D I C T M E N T |
| ) | |
| ) | Case No. _____ |
| v.  ) | |
| ) | Violation:   18 U.S.C. §§ 922(g)(1), |
| ) | 924(a)(2), and 924(e) |
| ALICIA KAY ESTABROOK  ) | |

**Possession of Firearm by a Convicted Felon**

The Grand Jury Charges:

In or about August or September 2010, the exact dates unknown to the Grand Jury, in the District of North Dakota,

ALICIA KAY ESTABROOK,

having been convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1) Robbery, King County (Washington) District Court, Case No. 89-1-03136-8, on or about Aug. 25, 1989;

2) Burglary 2nd Degree, King County (Washington) District Court, Case No. 92-1-04196-7, on or about Sept. 18, 1992;

3) Assault 2nd Degree, King County (Washington) District Court, Case No. 94-1-03550-5, on or about October 7, 1994;

4) Theft 2nd Degree, King County (Washington) District Court, Case No. 98-c-00378-9, on or about April 24, 1998;

5) Taking Motor Vehicle Without Permission, King County (Washington) District Court, Case No. 99-1-06759-9, on or about November 12, 1999;

6) Possession of Drug Paraphernalia, Burleigh County (North Dakota) District Court, Case No. 08-5-K-1097-1, on or about July 18, 2005;

7) Delivery of a Controlled Substance (cocaine), Burleigh County (North Dakota) District Court, Case No. 08-5-K-909-1, on or about September 9, 2005;

8) Delivery of a Controlled Substance (cocaine), Burleigh County (North Dakota) District Court, Case No. 08-5-K-909- 2, on or about September 9, 2005; and

9) Delivery of a controlled substance (methamphetamine), Burleigh County (North Dakota) District Court, Case No. 08-5-910-1, on or about September 9, 2005,

did knowingly possess in and affecting commerce a firearm, that is, one High Standard (JC Higgins), Model 88, .22 caliber revolver, Serial No. 576107;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

                                                A TRUE BILL:

                                                /s/ Grand Jury Foreperson

                                                Foreperson

/s/ Timothy Q. Purdon
TIMOTHY Q. PURDON
United States Attorney

DDH:rab