IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | Case No.: 4:10-cr-00109 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM IN SUPPORT OF** |
| | ) | **MOTION TO CONTINUE REVOCATION** |
| vs. | ) | **HEARING UNOPPOSED** |
| | ) | |
| Alicia Kay Estabrook, | ) | |
| | ) | |
| Defendant. | ) | |

¶1   Alicia Kay Estabrook (hereinafter "Alicia"), by and through my Attorney Lynn M. Boughey, hereby moves for a Motion to Continue Final Hearing re Revocation of Supervised Release presently scheduled for **February 4, 2026, at 10 AM** before the Hon. Daniel L. Hovland [Doc. No. 120] **for 6 weeks or so**. The government does not oppose the motion, and indeed suggested it per David Hagler's email of Tuesday, January 27, 2026 10:50 AM. This request is being made for the following reasons (which have been provided by her Probation Officer Cody Duchscherer):

1. She was terminated from Centre Mandan December (around Christmas)

2. Since her release to Centre Mandan:

    a) She has been staying at Quality Inn Bismarck

    b) We have been utilizing 2nd Chance funds to pay for her hotel room

    c) She has been working with West Central regarding her medications and mental health services

    d) She is going to take her driver's test at 1040 this morning to potentially become a valid driver

    e) She has been looking at Trailers in Mandan to transition into after the hotel

    f) Her money was released yesterday, so she is slowing knocking down barriers' week by week

3. **The probation officer has suggested that it would be best to continue her hearing for 6 weeks or so** and then see how she is doing.

4. Attorney Boughey still needs to resolve all the state criminal (misdemeanor) fines so no warrants are issued.

5. The government does not oppose the motion.

6. This request is not for the purpose of needless delay or for any other improper purpose.

7. According to her probation officer, Ms. Estabrook has requested that this motion be made.

¶2   Dated this 27th day of January, 2026.

                                        /s/ Lynn M. Boughey
                                        Lynn M. Boughey (#04046)
                                        Attorney for Alicia Kay Estabrook
                                        lynnboughey@gmail.com
                                        P.O. Box 1202
                                        Mandan, ND 58554
                                        406-425-4215